Case 1:23-mj-00157-RT   Document 6   Filed 03/02/23   Page 1 of 5   PageID.30

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 02, 2023, 9:42am
Pam Hartman Beyer, Clerk of Court

IN THE MATTER OF                        Mag. No. 23-00157 RT
ADMINISTRATIVE INSPECTION OF
CANDICE SOQUENA, D.V.M.,
DEA REG. NO.: FS5781263,
KAILUA ANIMAL CLINIC,
111 HEKILI STREET, SUITE 104,
KAILUA, HAWAII 96734.

## RETURN OF ADMINISTRATIVE INSPECTION WARRANT

The undersigned, Gary L. Whisenand, declares under penalty of perjury:

That he received the attached administrative inspection warrant on February 10, 2023, to search the controlled premises of Candice Soquena, D.V.M. ("Soquena"), Kailua Animal Clinic, 111 Hekili Street, Suite 104, Kailua, Hawaii 96734, for purposes of inspecting, verifying and copying various records required to be kept under the provisions of the Controlled Substance Act.

That on February 15, 2023, he served a copy of the Warrant upon Kailua Animal Clinic Practice Manager Mehndi Dhaliwal, and conducted an inspection of the controlled premises described in the warrant.

That the inspection of the premises described in the warrant was completed on February 24, 2023.

That attached hereto are three DEA Form-12s, Receipts for Cash or Other Items, describing the property seized pursuant to this administrative inspection warrant.

_____
GARY L. WHISENAND
Diversion Investigator
Drug Enforcement Administration
U.S. Department of Justice

Dated: 2/24/23

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Kailua Animal Clinic
Candice Soquena, DVM
111 Hekili Street, Suite 104
Kailua, HI 96734

FILE NO. R4-23-2004

G-DEP IDENTIFIER

FILE TITLE: Kailua Animal Clinic / Candice Soquena, DVM

DATE: 2/15/23

DIVISION/DISTRICT OFFICE

DEA Honolulu District Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Controlled Substance Dispensing Log | |
| 2 | Supplier Invoice File: Megacor | |
| 1 | Supplier Invoice File: MWI | Review & Copy |
| 1 | Supplier Invoice File: Patterson | |
| 1 | Supplier Invoice File: Covetrus | |
| | *Nothing Follows* | |
| All Originals | Returned Back To Clinic on 2/16/23.  GLW/MD | |

RECEIVED BY (Signature)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type): Gary L Whisenand, Diversion Investigator

NAME AND TITLE (Print or Type): Mehndi Dhaliwal, Practice Manager

FORM DEA-12 (9-00) *Previous editions obsolete*                    Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Kailua Animal Clinic
Candice Soquena, DVM
111 Hekili Street, Suite 104
Kailua, HI 96734

FILE NO. R4-23-2004

G-DEP IDENTIFIER

FILE TITLE: Kailua Animal Clinic / Candice Soquena, DVM

DATE: 2/16/23

**DIVISION/DISTRICT OFFICE**

DEA Honolulu District Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | EuxRx Invoice Dated 7/25/22 (Copy) | |
| 5 | Patient Files (Copies) For The Following: | |
| | "Otis Duck" Mayeda | Review & Verifications |
| | "Goliath" Patterson | |
| | "Sherlock" Lockette | |
| | "Rusky" Lockette | |
| | "Tuffy" Friend | |
| | Nothing Follows | |

RECEIVED BY (Signature): [signature]

WITNESSED BY (Signature): M.D. [signature]

NAME AND TITLE (Print or Type): Gary L Whisenand, Diversion Investigator

NAME AND TITLE (Print or Type): Mehndi Dhaliwal, Practice Manager

FORM DEA-12 (9-00) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Candice Denham-Soquena, DVM
Kailua Animal Clinic
111 Hekili Street, Suite 104
Kailua, HI 96734

FILE NO. R4-23-2004

G-DEP IDENTIFIER

FILE TITLE: Candice Denham-Soquena, DVM

DATE: 2/24/23

DIVISION/DISTRICT OFFICE

DEA Honolulu District Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 788 | Tramadol 50mg tablets | Voluntary Surrender / Disposal |
| 65 ml | Buprenorphine 0.3 mg/mL (Elixir) | |
| 9 ml | Buprenorphine 0.3 mg/mL (vials) | |
| 25 vials | Buprenorphine 0.3 mg/mL (vials) | |
| 1.6 ml | Zorbium 20 mg/ml (0.4 ml tubes) | |
| 2 ml | Zorbium 20 mg/ml (1ml tubes) | |
| 10 ml | Ketamine 100 mg/ml (vial) | |
| 20 ml | Hydromorphone 20 mg/ml | |
| 10 ml | Telazol 100 mg/ml (vial) | |
| 127 ml | Midazolam 50 mg/10 ml (vial) | |
| 200 ml | Euthasol (vial) | |
| 5 ml | Diazepam 5 mg/ml (vial) | |
| 50 ml | Butorphanol 10 mg/ml (vial) | |

Nothing Follows

RECEIVED BY (Signature)

WITNESSED BY (Signature): Kyle Hoppel

NAME AND TITLE (Print or Type): Gary Whisenand, Diversion Investigator, 2/24/23

NAME AND TITLE (Print or Type): Kyle Hoppel, Diversion Investigator, 2/24/23

FORM DEA-12 (8-02) Previous editions obsolete   Electronic Form Version Designed in JetForm 5.2 Version