FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 02, 2023, 6:22pm
Pam Hartman Beyer, Clerk of Court

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Sydney.Spector@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF:<br><br>CANDICE SOQUENA, D.V.M.<br>DEA REG. NO.: FS5781263,<br>KAILUA ANIMAL CLINIC,<br>111 HEKILI STREET, SUITE 104,<br>KAILUA, HAWAII 96734. | MJ No. 23-00157 RT<br><br>MOTION TO UNSEAL DOCUMENTS |

MOTION TO UNSEAL DOCUMENTS

The UNITED STATES OF AMERICA, through its undersigned

attorneys, hereby moves this Court for an order unsealing all documents in

1

connection with the above-captioned matter, including but not limited to, the application and affidavit for administrative inspection warrant, the motion to seal and order accompanying it, and the clerk of court's docket sheet. As the administrative inspection has now been completed, there are no longer grounds for maintaining the records under seal.

DATED: March 2, 2023, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

/s/ Sydney Spector
By _____
SYDNEY SPECTOR
Assistant U.S. Attorney

Attorney for United States of America